**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JOSE QUINTERO BELTRAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00153 DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| vs. | |
| JOSE QUINTERO BELTRAN, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND CHRISTOPHER BAKER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSE QUINTERO BELTRAN, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Tuesday, September 7, 2021 be continued to Monday, September 27, 2021.

Defense counsel has had several discussions with the defendant over the past month concerning his advantages of debriefing with law enforcement. The defendant has indicated a willingness to debrief once more. A brief continuance of the sentencing is necessary in order to accommodate a discussion. A three-week continuance should suffice. I have spoken to AUSA Christopher Baker and he has no objection to continuing the sentencing hearing.

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 3, 2021        */s/ David A Torres*
                                DAVID A. TORRES
                                Attorney for Defendant
                                JOSE QUINTERO BELTRAN


DATED: September 3, 2021        */s/Christopher Baker*
                                CHRISTOPHER BAKER
                                Assistant U.S. Attorney


## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday, September 27, 2021 at 9:00am.

IT IS SO ORDERED.

Dated:   **September 3, 2021**                _____
                                              UNITED STATES DISTRICT JUDGE