UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIO QUINTERO-BELTRAN,<br><br>Defendant. | No.  1:21-cr-00153-DAD-EPG-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR CLARIFICATION<br><br>(Doc. No. 45) |

Defendant Jose Mario Quintero-Beltran is a federal prisoner proceeding *pro se* with a motion to clarify with respect to the court's reduction of his sentence.  (Doc. Nos. 45.)

On October 25, 2021, the court sentenced defendant Quintero-Beltran to a 108-month term of imprisonment, along with a 60-month term of supervised release to follow.  (Doc. Nos. 30, 31.)  The court entered judgment on October 27, 2021.  (Doc. No. 31.)  Thereafter, on March 13, 2024, defendant filed a motion to reduce his sentence.  (Doc. No. 32.)  On September 9, 2024, the court granted defendant's motion pursuant to 18 U.S.C. § 3582(c)(2) based upon Amendment 821, Part B to the U.S. Sentencing Guidelines (0-point offender), and reduced his sentence from 108 to 97 months in the custody of the U.S. Bureau of Prison ("BOP").  (Doc. No. 43).  An amended judgment was entered on December 13, 2024.  (Doc. No. 44.)

On March 12, 2025, defendant Quintero-Beltran filed a motion for clarification of his sentence reduction (Doc. No. 45) in which he stated that the BOP's sentencing computation at

1

that time still did not reflect the sentence reduction granted by the court in his case. (*Id.*) The defendant requested that the court issue an order requiring the BOP to do so. (*Id.*)

The court has inquired with the BOP and has been assured that the reduction in defendant Quintero-Beltran's sentence to one calling for a 97-month term of imprisonment has been applied in his case. Moreover, the court has been provided and reviewed the BOP's Inmate Data, including Sentencing Computation, for defendant and has verified that it reflects a "new sentence imposed" of 97 months and that his current projected release date has been calculated based upon that reduced sentence.

Accordingly, defendant Quintero-Beltran's motion to clarify the application of his sentence reduction (Doc. No. 45) is GRANTED and the requested clarification has been provided to defendant in this order. The Clerk of the Court is directed to once again close this case.

IT IS SO ORDERED.

Dated:    **June 24, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE